# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400   Fax. (212) 825-1440

**MEMO ENDORSED**

ZAFER A. AKIN
ROBERT SALAMAN

---

JUSTIN AMES
OLENA TATURA
KAYLA CALLAHAN

---

October 19, 2021

**SO ORDERED:**

The in-person Initial Pretrial Conference is adjourned to 11/10/21 at 3 p.m.

_____
**Ona T. Wang**                               10/20/21
United States Magistrate Judge

**Via ECF**

The Honorable Ona T. Wang, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Osorio, et al., v. Frant Hotel L.L.C., et al.*
       Case No.: 1:20-cv-09583 (JPO)(OTW)

Dear Judge Wang:

    This firm is counsel to Plaintiffs, Tamar Osorio and Jamal McDaniel ("Plaintiffs"), in the above-referenced action. Defendants are represented by David Harrison, Esq., of Harrison, Harrison & Associates, LTD. Due to a family emergency, Defendants, with the consent of Plaintiffs, respectfully request a two-week adjournment of the parties' initial conference. Pursuant to the Court's Order (Dkt. 19-20), the initial conference is presently scheduled to be held in-person at the Courthouse on October 26, 2021 at 10:30 a.m.

    On or around Sunday, October 17, 2021, Mr. Harrison learned his father was extremely ill, and Mr. Harrison urgently traveled to Ukraine to care for his father. Mr. Harrison's father continues to be in ailing health, requiring Mr. Harrison to remain in Ukraine with no immediate timetable for his return. As a result, Defendants respectfully request a two-week adjournment of the parties' initial conference. Plaintiffs consent to this request. This is the parties' first request for an adjournment of the initial conference.

    The parties propose the following alternative dates for the initial conference: Wednesday, November 10, 2021; Thursday, November 11, 2021; or Monday, November 15, 2021. Should the Court grant the parties the requested adjournment, the parties will submit a Proposed Case Management Plan one week prior to the rescheduled initial conference date.

    We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin Law Group PLLC**

*/s/ Justin Ames*
Justin Ames
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400

*Attorneys for Plaintiffs*

cc: all parties via ECF