UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAMAR OSORIO, et al.,      :

            Plaintiffs,      :     20-CV-9583 (JPO) (OTW)

            -against-      :     **ORDER**

FRANT HOTEL L.L.C., et al.,      :

            Defendants.      :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

**ORDERED** that an in-person Settlement Conference will be held on **Thursday, September 15, 2022 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by September 8, 2022.

The fact discovery deadline is extended to September 22, 2022.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: July 12, 2022                               **Ona T. Wang**
       New York, New York               United States Magistrate Judge